|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| SABRINA SALIBA, | Case No.: 3:11-cv-03989-JCS |
|---|---|
| Plaintiff, | *AMENDED* [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT BY MORE THAN 30 DAYS AND CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1-10, inclusive, | |
| | DATE SERVED: 9/13/2011 |
| Defendants. | DATE ANSWER DUE: 11/14/2011 |
| | NEW ANSWER DATE: 12/14/2011 |

Based on the Stipulation of Counsel and Request to Extend Defendant's time to Answer and Continue the Case Management Conference, and upon good cause shown, the Defendant may have up to and including December 14, 2011 to file its Answer, and the Case Management Conference is continued to January 20, 2012 at 1:30 P.M.

Case No. 3:11-cv-03989-JCS                    [Proposed] Order To Ext.
                                              Time to Answer

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | Date: 12/2/11 |
| 5 | _____ |
| 6 | Hon. Joseph C. Spero |